UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00342-MOC

| | |
|---|---|
| **EDWARD JUNIOR PATTERSON,** | ) |
| Petitioner, | ) |
| Vs. | ) ORDER |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

**THIS MATTER** is before the court on petitioner's "Traverse to Respondent's Answer" (#15), which was filed 10 days after petitioner filed his Motion for Reconsideration (#12). The court has considered petitioner's Traverse in light of the court's reconsideration of the substance of the Petition. The Traverse does not change the court's analysis of the viability of petitioner's claims or proposed claims.

**ORDER**

**IT IS, THEREFORE, ORDERED** that having considered petitioner's Traverse (#15), the court reaffirms its Order (#14).

Signed: December 5, 2014

Max O. Cogburn Jr.
United States District Judge